**Harley J. SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 101702

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: September 22, 2015

Srikant Chigurupati, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Atty. Gen., Rachel Flaster, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Robert M. Clayton III, P.J., Robert G. Dowd, Jr., J., and Lawrence E. Mooney, J.

***ORDER***

PER CURIAM

Harley J. Smith appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief. The motion court's findings of fact and conclusions of law are not clearly erroneous. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. We affirm. Rule 84.16(b)(2) & (5).